IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                    CASE NO.: 4:08cr29-SPM

JO LYNN POWELL,

            Defendant.
_____/

## ACCEPTANCE OF GUILTY PLEA

Pursuant to the Report and Recommendation of the United States

Magistrate Judge, to which there have been no timely objections, and subject to

the Court's consideration of any Plea Agreement pursuant to Fed. R. Crim. P.

11(e)(2), the plea of guilty of the defendant, JO LYNN POWELL, to Count One of

the indictment is hereby ACCEPTED.  All parties shall appear before this Court

for sentencing as directed.

DONE AND ORDERED this 25th day of February, 2009.


*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge